120 F.3d 276
 Dekalb County School District, on Behalf of Children in
Dekalb County School District, Norma Bergman, Mike
Kelly, Terry Morris, Elizabeth Andrews,
Lyman D. Howard, Phil McGregor
v.
Linda Schrenko, Superintendent of Schools for State of
Georgia, State Board of Education for State of Georgia,
Willou Smith, William R. Crow, Edward B. Andrews, Department
of Education for State of Georgia, State of Georgia, Zell
Miller, Governor of State of Georgia, John Oxendine,
 NO. 95-9149
 United States Court of Appeals,
Eleventh Circuit.
 July 08, 1997
 N.D.Ga., 109 F.3d 680
 
 1
 DENIALS OF REHEARING EN BANC.